UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Smith, Jory Dane | Docket No. | 0980 2:21CR00121-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jory Dane Smith, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 13th day of December 2021, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local (including tribal) law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Standard Condition #8:** Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Jory Dane Smith is alleged to have violated the conditions of pretrial release by being arrested for delivery of a controlled substance on March 4, 2022.

On December 15, 2021, the conditions of pretrial release supervision were reviewed and signed by Mr. Smith. He acknowledged an understanding of his conditions, which included standard condition number 1.

On March 4, 2022, this officer received information a search warrant was applied for and approved on February 25, 2022, alleging Mr. Smith was selling drugs. On March 4, 2022, the Spokane Police Department executed a search warrant. During the execution of the warrant, Mr. Smith was arrested and charged with delivery of a controlled substance. Mr. Smith is currently at the Spokane County Jail.

The police report has been requested and will be made available once received.

**Violation #2**: Jory Dane Smith is alleged to have violated the conditions of pretrial release by being in possession of ammunition on March 4, 2022.

On December 15, 2021, the conditions of pretrial release supervision were reviewed and signed by Mr. Smith. He acknowledged an understanding of his conditions, which included standard condition number 8.

On March 4, 2022, the Spokane Police Department executed a search warrant. During the execution of the warrant, Mr. Smith was found in possession of ammunition.

**Violation #3**: Jory Dane Smith is alleged to have violated the conditions of pretrial release by being in possession of fentanyl and heroin on March 4, 2022.

On December 15, 2021, the conditions of pretrial release supervision were reviewed and signed by Mr. Smith. He acknowledged an understanding of his conditions, which included standard condition number 9.

On March 4, 2022, the Spokane Police Department executed a search warrant. During the execution of the warrant, Mr. Smith was found to be in possession of fentanyl and heroin.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 4, 2022

by s/Jose Zepeda

Jose Zepeda
Supervisory U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/4/2022
Date