PROB 12C
(6/16)

Report Date: October 6, 2025

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2025

SEAN F. McAVOY, CLERK

ECF No. 83

| | |
|---|---|
| Name of Offender: Jory Dane Smith | Case Number: 0980 2:21CR00121-TOR-1 |
| Address of Offender: ▊▊▊▊▊▊▊▊ Waverly, Washington 99039 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: December 8, 2022 | |
| Original Offense: Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(C) | |
| Original Sentence: Prison - 60 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin Baunsgard | Date Supervision Commenced: August 18, 2025 |
| Defense Attorney: Amy Rubin | Date Supervision Expires: August 17, 2028 |

### PETITIONING THE COURT

To issue a warrant.

On August 20, 2025, a U.S. probation officer reviewed a copy of the conditions of supervision with Mr. Smith as outlined in the judgment and sentence. Mr. Smith acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Smith allegedly violated the terms of his supervised release by consuming fentanyl on or about October 5, 2025. |
| | On October 6, 2025, Mr. Smith reported to the U.S. Probation Office as directed. Mr. Smith verbally admitted to fentanyl consumption to the undersigned officer and signed a written admission form for using controlled substances on or about October 5, 2025. Additionally, Mr. Smith provided a urine sample that tested presumptive positive for fentanyl. |

Prob12C
Re: Smith, Jory Dane
October 6, 2025
Page 2

2 **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Smith allegedly violated the terms of his supervised release by attempting to utilize a device to circumvent urinalysis testing.

Specifically, on October 6, 2025, Mr. Smith was asked to provide a random urine sample. The officer collecting the sample observed what appeared to be a deception device being used by Mr. Smith in an attempt to pass his urinalysis. The undersigned officer directed Mr. Smith to remove the deception device and he eventually complied. Mr. Smith admitted to using the deception device in an attempt to circumvent the detection of his recent use of controlled substances. He signed an admission of use form confirming his consumption of fentanyl as well as his possession of a deceptive device.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/06/2025

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

October 6, 2025
Date