PROB 12C
(6/16)

Report Date:  June 16, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision    ECF No. 103

Name of Offender: Jory Dane Smith                Case Number: 0980 2:21CR00121-TOR-1

Address of Offender: ███████████  Waverly, Washington 99039

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 8, 2022

Original Offense:       Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C)

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(December 10, 2025) | Prison - 8 months;<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: May 6, 2026 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: November 5, 2028 |

### PETITIONING THE COURT

To issue a warrant.

On May 12, 2026, a U.S. probation officer reviewed a copy of the conditions of supervision with Mr. Smith as outlined in the judgment and sentence. Mr. Smith acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  Mr. Smith allegedly violated the terms of his supervised release by consuming fentanyl, cocaine, and methamphetamine on or about May 25, 2026.

On May 27, 2026, Mr. Smith provided a urine sample that tested positive for fentanyl, cocaine, and methamphetamine. Additionally, Mr. Smith signed an admission form confirming that he had consumed methamphetamine on or about May 25, 2026, but denied any other use of controlled substances.

On June 4, 2026, Mr. Smith's urine specimen was confirmed positive for fentanyl, cocaine, and methamphetamine by the laboratory.

Prob12C
**Re: Smith, Jory Dane**
**June 16, 2026**
**Page 2**

2      **<u>Special Condition #5</u>**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**<u>Supporting Evidence</u>**:  Mr. Smith allegedly violated the terms of his supervised release by consuming fentanyl and methamphetamine on or about June 2, 2026.

On June 2, 2026, Mr. Smith provided a urine sample that tested positive for fentanyl and methamphetamine. Mr. Smith signed a denial form to any new use of controlled substances other than what was previously reported to the supervising officer on or about May 25, 2026.

On June 11, 2026, Mr. Smith's  urine specimen was confirmed positive for methamphetamine by the laboratory.

3      **<u>Special Condition #5</u>**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**<u>Supporting Evidence</u>**:  Mr. Smith allegedly violated the terms of his supervised release by consuming fentanyl on or about June 7, 2026.

On June 7, 2026, Mr. Smith provided a urine sample that tested positive for fentanyl.

On June 9, 2026, Mr. Smith signed a denial form to any new use of controlled substances other than what was previously reported to the supervising officer on or about May 25, 2026.

The sample submitted by the laboratory could not be tested further due to excessive leaking from the container.

4      **<u>Special Condition #5</u>**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**<u>Supporting Evidence</u>**:  Mr. Smith allegedly violated the terms of his supervised release by consuming fentanyl, cocaine, and methamphetamine on or about June 9, 2026.

On June 9, 2026, Mr. Smith provided a urine sample that tested positive for fentanyl, methamphetamine, cocaine, and MDMA. Mr. Smith signed a denial form to any new use of controlled substances other than what was previously reported to the supervising officer on or about May 25, 2026.

On June 16, 2026, Mr. Smith's  urine sample was confirmed positive for both fentanyl and cocaine by the laboratory.

At the time of this report, the remaining substances remain pending with the laboratory.

Prob12C
**Re: Smith, Jory Dane**
**June 16, 2026**
**Page 3**

**Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: According to Airway Heights Police Department, On June 9, 2026, Mr. Smith was pulled over while driving a vehicle that belonged to another individual who had warrants. Mr. Smith failed to notify his probation officer within 72 hours of having law enforcement contact.

**Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Mr. Smith allegedly violated the above-stated condition of supervision by being dishonest with the undersigned officer on June 2, June 7, and June 9, 2026.

On June 2, June 7, and June 9, 2026, Mr. Smith was questioned about controlled substance use following the presumptive positive test results with his urine samples. Mr. Smith advised the undersigned officer he had remained abstinent from controlled substances, other than what had previously been reported on or about May 25, 2026, signing a denial of use form.

On June 16, 2026, the undersigned officer received confirmation from Alere Laboratory that Mr. Smith's urine sample returned positive for fentanyl and cocaine, indicating new use, further demonstrating his dishonesty with the undersigned officer.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | June 16, 2026 |
|---|---|
| | s/Mark E. Hedge |
| | Mark E. Hedge
U.S. Probation Officer |

THE COURT ORDERS

[  ]    No Action
[ X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violations contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

6/16/2026
_____
Date