PROB 12C
(6/16)

Report Date: September 17, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2026

SEAN F. MCAVOY, CLERK

ECF No. 118

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jory Dane Smith Case Number: 0980 2:21CR00121-TOR-1

Address of Offender: 320 North Mill Street, Waverly, Washington 99039

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 8, 2022

Original Offense: Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence: Prison - 60 months
TSR - 36 months

Type of Supervision: Supervised Release

Revocation Sentence: (December 10, 2025) Prison - 8 months
TSR - 30 months

Asst. U.S. Attorney: Caitlin A. Baunsgard

Date Supervision Commenced: May 6, 2026

Defense Attorney: Amy H. Rubin

Date Supervision Expires: November 5, 2028

---

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 06/16/2026.

On May 12, 2026, a U.S. probation officer reviewed a copy of the conditions of supervision with Mr. Smith as outlined in the judgment and sentence. Mr. Smith acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**:. On or about September 16, 2026, Mr. Smith was charged with Possession of Contraband in Prison, in violation of 18 U.S.C. §§ 1791(a)(2), (d)(1)(A), (C), (b)(1), a Class C felony: docket number 2:26CR00118-MKD-1.

On June 29, 2026, Mr. Smith was suspected to have controlled substances on his person while in Spokane County Jail. Specifically, small blue pills in a small clear plastic Ziplock style bag, and white powdery substance in a clear small plastic Ziploc style bag, were found in his sock, 12 strips of suboxone were found in his shoe, and a clear small plastic bag knotted at the top containing white powdery substance was found inside his rectum.

On July 2, 2026, the controlled substances were sent to the Drug Enforcement Administration laboratory for analysis. Between July 8 and 19, 2026, results confirmed the following: fentanyl and methadone, both Schedule II narcotic drugs.

At the time of this petition, the charges against Mr. Smith remain pending.

8 **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Smith allegedly violated the terms of his supervised release by being in possession of a controlled substance on or about June 29, 2026.

Please refer to the supporting evidence narrative in violation 7.

It is respectfully recommended that the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 17, 2026

s/Mark E. Hedge

Mark E Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

September 18, 2026

Date